UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | ROBINHOOD MUFFLER SHOP, INC. | § § § § | Case No. 09-18374 |
| Debtor(s) | | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GLENN R. HEYMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 12/21/2011 in Courtroom 744, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/27/2011         By:    /s/Glenn R. Heyman
                                        Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ROBINHOOD MUFFLER SHOP, INC.    § Case No. 09-18374
§
§
Debtor(s)    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 14,015.10 |
| and approved disbursements of | $ | 414.70 |
| leaving a balance on hand of [1] | $ | 13,600.40 |
| **Balance on hand:** | $ | 13,600.40 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 13,600.40 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GLENN R. HEYMAN | 2,151.50 | 0.00 | 2,151.50 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 4,938.50 | 0.00 | 4,938.50 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 59.98 | 0.00 | 59.98 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 2,020.00 | 0.00 | 2,020.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 9,169.98 |
| Remaining balance: | $ | 4,430.42 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 4,430.42 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,907.64 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5P | Illinois Department of Revenue | 2,706.24 | 0.00 | 2,706.24 |
| 10P | Illinois Department of Employment Security | 201.40 | 0.00 | 201.40 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 2,907.64 |
| Remaining balance: | $ | 1,522.78 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 66,841.56 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment | |
|---|---|---|---|---|---|
| 1 | Com Ed Co | 183.91 | 0.00 | 4.19 | * |
| 2 | Yellow Book USA | 1,641.00 | 0.00 | 37.39 | |
| 4 | Vehicle Specialists | 191.40 | 0.00 | 4.36 | * |
| 5U | Illinois Department of Revenue | 448.75 | 0.00 | 10.22 | |
| 6 | Chase Bank USA NA | 19,559.73 | 0.00 | 445.61 | |
| 7 | Chase Bank USA NA | 20,188.21 | 0.00 | 459.93 | |
| 8 | US Oil Co Inc | 3,281.56 | 0.00 | 74.76 | |
| 9 | Elliott & Associates PC | 5,512.00 | 0.00 | 125.57 | |
| 10U | Illinois Department of Employment Security | 44.64 | 0.00 | 1.02 | * |

*dividends under $5.00 will be paid to the Court.

UST Form 101-7-NFR (10/1/2010)

| 11 | FIA CARD SERVICES, NA/BANK OF AMERICA | 15,790.36 | 0.00 | 359.73 |
|---|---|---|---|---|

|   |   |   |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 1,522.78 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 535.94 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | HSBC Bank Nevada, N.A. | 535.94 | 0.00 | 0.00 |

|   |   |   |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 68,040.02 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Ron Kaspar | 68,040.02 | 0.00 | 0.00 |

|   |   |   |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/GLENN R. HEYMAN
Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# Notice Recipients

District/Off: 0752−1            User: tmaurer              Date Created: 10/28/2011
Case: 09−18374                  Form ID: pdf006            Total: 64

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
13942156    State Of Illinois
13942157    State of Illinois
13942158    State of Illinos
13942159    Steve Lane
                                                                                TOTAL: 4

**Recipients of Notice of Electronic Filing:**
tr     Glenn R Heyman, ESQ     gheyman@craneheyman.com
aty    Frank J Del Medico      fjdelmedicolaw@yahoo.com
aty    Glenn R Heyman, ESQ     gheyman@craneheyman.com
                                                                                TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Robinhood Muffler Shop, Inc.    6131 Ogden Avenue    Cicero, IL 60804
13942120    AT        P O Box 8100      Aurora, IL 60507
13942118    Advance Auto Parts       P O Box 5219      Carol STream, IL
13942119    Advanta Banl Corp.       P O Box 8088      Philadelphia, PA
13942121    Auto−Owners Insurance    P O Box 30315     Lansing, IL
13942122    AutoZone       6700 Ogden Avenue      Berwyn, IL 60402
13942123    Bank Of America − Business Card    P O Box 15710    Wilmington, DE 19886
13942124    Bank of America − Line of Credit   P O Box 15710    Wilmington, DE 19886
13942125    Bank of America − Mortgage    P O Box 660576    Dallas, TX 75266
13942126    Bank of America−Business Card     P O Box 15710    Wilmington, DE 19886
13942127    Bank of America−Business Card     P O Box 15710    Wilmington, DE 19886
13942128    Bansley &Kiener, LLP     8745 W. Higgins Rd.     Suite 20
13942129    Berwyn Garage       6838 W. 16th Street     Berwyn, IL
13942130    Best Source Parts, Co.   2500 S. Western Ave     Chicago, IL
13942131    Bosal USA, Inc.    P O Box 36136     Newark, NJ
13942132    Capitol One      P O Box 5294      CArol Stream, IL
13942133    Capitol One      P O Box 5294      Carol Stream, IL
13942134    Castle Buick     7400 Cermak Raod     Riverside, IL 60546
14636656    Chase Bank USA NA       PO BOX 15145      Wilmington, DE 19850−5145
13942135    Chase Card Sevices       P O Box 15153     Wilmington, DE 19886
13942136    Chase/Bank One    P O Box 15153     Wilmington, DE 19886
13942137    Cintas Corp      P O Box #5     Bedford Park, IL 60499
13942138    Citibusiness     P O Box 688911    Des Monies, IA
13942139    Com Ed Co      2100 Swift Drive     Attn:Bankrutcy Section/Revenue Mgnt     Oakbrook IL 60523
13942140    Complete Auto Service    8926 Ogden Avenue     Brookfield, IL
13942141    Continental Toyota       9960 Joliet Rd    Countryside, IL
14084252    Continental Toyota       9960 Joliet Rd    LaGrange IL 60525
13942142    DEX R. H. Donnelley      8519 Innovation Way     Chicago, IL
14675056    Elliott &Associates PC     Michael J Elliott     1430 Lee Street    Des Plaines IL 60018
14855691    FIA CARD SERVICES, NA/BANK OF AMERICA       BY AMERICAN INFOSOURCE LP AS ITS
            AGENT      PO Box 248809      Oklahoma City, OK 73124−8809
13942143    Fort Dearborn Life Insurance    Fort Dearborn Life Insurance.36788    Chicago IL 60678
13942144    Groot Recycling &Waste Services     1759 Elmhurst Road
17283087    HSBC Bank Nevada, N.A.     (Advanced Auto Parts)    Bass &Associates, P.C.     3936 E. Ft. Lowell Rd.,
            Suite 200     Tucson, AZ 85712
13942145    Heath Care Services      P O Box 1186      Chicago, IL
13942146    Home Depot Credit Services     P O Box 6029      The Lakes NV 88901
13994403    IDES      PO BOX 19300       SPRINGFIELD IL 62794
13994404    ILLINOIS DEPT OF REVENUE       IL DEPT OF REVENUE RETAILER       SPRINGFIELD IL 62796
14734329    Illinois Department of Employment Security    33 South State Street    Chicago, Illinois 60603      Attn:
            Bankruptcy Unit − 10th flr.
14606561    Illinois Department of Revenue    Bankruptcy Section    P.O. Box 64338    Chicago, IL
            60664−0338
13942147    Jack Phelan Chevy      4000 S Harlem      Lyons, IL
13942148    James Weber      3316 S 56 Court     Cicero IL 60804
13942149    Joe Rizza Ford     2100 South Harlem    Riverside, IL 60546
14079494    Julius M Weber     10320 S Parkside 1SW     Oak Lawn IL 60453
13942150    Mass Mutual Financial Group     APM Payment Processing     Pittsburgh PA 15262
13942151    Nicor Gas    P O Box 416      Aurora, IL 60568
13942152    Office Depot     P O Box 689020     Des Monies, IA
13942153    RSSupply     2314 RT 59      Suite 330     Plainfield, IL
13942154    Ron Kaspar     c/o Chitkowski Law     attn:Adam Mergenthaler     801 Warrenville Rd #620     Lisle IL
            6532
13942155    Sam's Club     P O Box 4596      Carol Stream, IL

| | | | | |
|---|---|---|---|---|
| 13942160 | Target Auto Parts | 6239 W. Ogden Avenue | Berwyn, IL | |
| 13942161 | Telcheck | Telecheck | | |
| 13942162 | US Oil Co Inc | US Auto Force Division | 425 S Washington St | Combined Locks WI 54113 |
| 13942163 | Vehicle Specialists | 7940 New Jersey Avenue | Hammond IN 46323 | |
| 13942164 | Wedling Center | 7400 South Central AVenue | Bedford Park, IL 60499 | |
| 14133469 | Yellow Book USA | c/o RMS Bankruptcy Recovery Svcs | POBox 5126 | Timonium MD 21094 |
| 13942165 | Yellowbook West | P O Box 660052 | Dallas, TX | |
| 13942166 | Zeus Auto Supply | 637 Forestwood | Romeoville, IL | |

TOTAL: 57