UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ROBINHOOD MUFFLER SHOP, INC. § § § §  Case No. 09-18374

Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GLENN R. HEYMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 12/21/2011 in Courtroom 744, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/27/2011     By:     /s/Glenn R. Heyman
                                    Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ROBINHOOD MUFFLER SHOP, INC.   § Case No. 09-18374
§
§
§
Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 14,015.10 |
| and approved disbursements of | $ 414.70 |
| leaving a balance on hand of [1] | $ 13,600.40 |
| **Balance on hand:** | $ 13,600.40 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 13,600.40 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GLENN R. HEYMAN | 2,151.50 | 0.00 | 2,151.50 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 4,938.50 | 0.00 | 4,938.50 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 59.98 | 0.00 | 59.98 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 2,020.00 | 0.00 | 2,020.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 9,169.98 |
| Remaining balance: | $ 4,430.42 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,430.42

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,907.64 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5P | Illinois Department of Revenue | 2,706.24 | 0.00 | 2,706.24 |
| 10P | Illinois Department of Employment Security | 201.40 | 0.00 | 201.40 |

Total to be paid for priority claims: $ 2,907.64
Remaining balance: $ 1,522.78

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 66,841.56 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment | |
|---|---|---|---|---|---|
| 1 | Com Ed Co | 183.91 | 0.00 | 4.19 | * |
| 2 | Yellow Book USA | 1,641.00 | 0.00 | 37.39 | |
| 4 | Vehicle Specialists | 191.40 | 0.00 | 4.36 | * |
| 5U | Illinois Department of Revenue | 448.75 | 0.00 | 10.22 | |
| 6 | Chase Bank USA NA | 19,559.73 | 0.00 | 445.61 | |
| 7 | Chase Bank USA NA | 20,188.21 | 0.00 | 459.93 | |
| 8 | US Oil Co Inc | 3,281.56 | 0.00 | 74.76 | |
| 9 | Elliott & Associates PC | 5,512.00 | 0.00 | 125.57 | |
| 10U | Illinois Department of Employment Security | 44.64 | 0.00 | 1.02 | * |

*dividends under $5.00 will be paid to the Court.

UST Form 101-7-NFR (10/1/2010)

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | FIA CARD SERVICES, NA/BANK OF AMERICA | 15,790.36 | 0.00 | 359.73 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 1,522.78 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 535.94 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | HSBC Bank Nevada, N.A. | 535.94 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 68,040.02 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Ron Kaspar | 68,040.02 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/GLENN R. HEYMAN
Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**Notice Recipients**

| | | |
|---|---|---|
| District/Off: 0752−1 | User: tmaurer | Date Created: 10/28/2011 |
| Case: 09−18374 | Form ID: pdf006 | Total: 64 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
13942156  State Of Illinois
13942157  State of Illinois
13942158  State of Illinos
13942159  Steve Lane
                                                                                                TOTAL: 4

**Recipients of Notice of Electronic Filing:**
tr      Glenn R Heyman, ESQ       gheyman@craneheyman.com
aty     Frank J Del Medico         fjdelmedicolaw@yahoo.com
aty     Glenn R Heyman, ESQ       gheyman@craneheyman.com
                                                                                                TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Robinhood Muffler Shop, Inc.       6131 Ogden Avenue       Cicero, IL 60804
13942120   AT       P O Box 8100       Aurora, IL 60507
13942118   Advance Auto Parts       P O Box 5219       Carol STream, IL
13942119   Advanta Banl Corp.       P O Box 8088       Philadelphia, PA
13942121   Auto−Owners Insurance       P O Box 30315       Lansing, IL
13942122   AutoZone       6700 Ogden Avenue       Berwyn, IL 60402
13942123   Bank Of America − Business Card       P O Box 15710       Wilmington, DE 19886
13942124   Bank of America − Line of Credit       P O Box 15710       Wilmington, DE 19886
13942125   Bank of America − Mortgage       P O Box 660576       Dallas, TX 75266
13942126   Bank of America−Business Card       P O Box 15710       Wilmington, DE 19886
13942127   Bank of America−Business Card       P O Box 15710       Wilmington, DE 19886
13942128   Bansley &Kiener, LLP       8745 W. Higgins Rd.       Suite 20
13942129   Berwyn Garage       6838 W. 16th Street       Berwyn, IL
13942130   Best Source Parts, Co.       2500 S. Western Ave       Chicago, IL
13942131   Bosal USA, Inc.       P O Box 36136       Newark, NJ
13942132   Capitol One       P O Box 5294       CArol Stream, IL
13942133   Capitol One       P O Box 5294       Carol Stream, IL
13942134   Castle Buick       7400 Cermak Raod       Riverside, IL 60546
14636656   Chase Bank USA NA       PO BOX 15145       Wilmington, DE 19850−5145
13942135   Chase Card Sevices       P O Box 15153       Wilmington, DE 19886
13942136   Chase/Bank One       P O Box 15153       Wilmington, DE 19886
13942137   Cintas Corp       P O Box #5       Bedford Park, IL 60499
13942138   Citibusiness       P O Box 688911       Des Monies, IA
13942139   Com Ed Co       2100 Swift Drive       Attn:Bankrutcy Section/Revenue Mgnt       Oakbrook IL 60523
13942140   Complete Auto Service       8926 Ogden Avenue       Brookfield, IL
13942141   Continental Toyota       9960 Joliet Rd       Countryside, IL
14084252   Continental Toyota       9960 Joliet Rd       LaGrange IL 60525
13942142   DEX R. H. Donnelley       8519 Innovation Way       Chicago, IL
14675056   Elliott &Associates PC       Michael J Elliott       1430 Lee Street       Des Plaines IL 60018
14855691   FIA CARD SERVICES, NA/BANK OF AMERICA       BY AMERICAN INFOSOURCE LP AS ITS AGENT       PO BOX 248809       Oklahoma City, OK 73124−8809
13942143   Fort Dearborn Life Insurance       Fort Dearborn Life Insurance.36788       Chicago IL 60678
13942144   Groot Recycling &Waste Services       1759 Elmhurst Road
17283087   HSBC Bank Nevada, N.A.       (Advanced Auto Parts)       Bass &Associates, P.C.       3936 E. Ft. Lowell Rd., Suite 200       Tucson, AZ 85712
13942145   Heath Care Services       P O Box 1186       Chicago, IL
13942146   Home Depot Credit Services       P O Box 6029       The Lakes NV 88901
13994403   IDES       PO BOX 19300       SPRINGFIELD IL 62794
13994404   ILLINOIS DEPT OF REVENUE       IL DEPT OF REVENUE RETAILER       SPRINGFIELD IL 62796
14734329   Illinois Department of Employment Security       33 South State Street       Chicago, Illinois 60603       Attn: Bankruptcy Unit − 10th flr.
14606561   Illinois Department of Revenue       Bankruptcy Section       P.O. Box 64338       Chicago, IL 60664−0338
13942147   Jack Phelan Chevy       4000 S Harlem       Lyons, IL
13942148   James Weber       3316 S 56 Court       Cicero IL 60804
13942149   Joe Rizza Ford       2100 South Harlem       Riverside, IL 60546
14079494   Julius M Weber       10320 S Parkside 1SW       Oak Lawn IL 60453
13942150   Mass Mutual Financial Group       APM Payment Processing       Pittsburgh PA 15262
13942151   Nicor Gas       P O Box 416       Aurora, IL 60568
13942152   Office Depot       P O Box 689020       Des Monies, IA
13942153   RSSupply       2314 RT 59       Suite 330       Plainfield, IL
13942154   Ron Kaspar       c/o Chitkowski Law       attn:Adam Mergenthaler       801 Warrenville Rd #620       Lisle IL 6532
13942155   Sam's Club       P O Box 4596       Carol Stream, IL

| | | | | |
|---|---|---|---|---|
| 13942160 | Target Auto Parts | 6239 W. Ogden Avenue | Berwyn, IL | |
| 13942161 | Telcheck | Telecheck | | |
| 13942162 | US Oil Co Inc | US Auto Force Division | 425 S Washington St | Combined Locks WI 54113 |
| 13942163 | Vehicle Specialists | 7940 New Jersey Avenue | Hammond IN 46323 | |
| 13942164 | Wedling Center | 7400 South Central AVenue | Bedford Park, IL 60499 | |
| 14133469 | Yellow Book USA | c/o RMS Bankruptcy Recovery Svcs | POBox 5126 | Timonium MD 21094 |
| 13942165 | Yellowbook West | P O Box 660052 | Dallas, TX | |
| 13942166 | Zeus Auto Supply | 637 Forestwood | Romeoville, IL | |

TOTAL: 57

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 09-18374-ERW
Robinhood Muffler Shop, Inc.                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: tmaurer              Page 1 of 2              Date Rcvd: Oct 31, 2011
                              Form ID: pdf006            Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2011.

```
db         +Robinhood Muffler Shop, Inc.,   6131 Ogden Avenue,   Cicero, IL 60804-3751
13942120   +AT&T,   P O Box 8100,   Aurora, IL 60507-8100
13942118   +Advance Auto Parts,   P O Box 5219,   Carol STream, IL 60197-5219
13942121   +Auto-Owners Insurance,   P O Box 30315,   Lansing, IL 60438
13942122   +AutoZone,   6700 Ogden Avenue,   Berwyn, IL 60402-3601
13942123   +Bank Of America - Business Card,   P O Box 15710,   Wilmington, DE 19886-5710
13942124   +Bank of America - Line of Credit,   P O Box 15710,   Wilmington, DE 19886-5710
13942125   +Bank of America - Mortgage,   P O Box 660576,   Dallas, TX 75266-0576
13942129   +Berwyn Garage,   6838 W. 16th Street,   Berwyn, IL 60402-1335
13942130   +Best Source Parts, Co.,   2500 S. Western Ave,   Chicago, IL 60608-4808
13942131    Bosal USA, Inc.,   P O Box 36136,   Newark, NJ
13942132   +Capitol One,   P O Box 5294,   CArol Stream, IL 60197-5294
13942134   +Castle Buick,   7400 Cermak Raod,   Riverside, IL 60546-1404
14636656    Chase Bank USA NA,   PO BOX 15145,   Wilmington, DE 19850-5145
13942135   +Chase Card Sevices,   P O Box 15153,   Wilmington, DE 19886-5153
13942136   +Chase/Bank One,   P O Box 15153,   Wilmington, DE 19886-5153
13942137   +Cintas Corp,   P O Box #5,   Bedford Park, IL 60499-0005
13942138   +Citibusiness,   P O Box 688911,   Des Monies, IA 50368-8911
13942140   +Complete Auto Service,   8926 Ogden Avenue,   Brookfield, IL 60513-2189
13942142   +DEX R. H. Donnelley,   8519 Innovation Way,   Chicago, IL 60682-0085
14675056   +Elliott & Associates PC,   Michael J Elliott,   1430 Lee Street,   Des Plaines IL 60018-1517
13942143   +Fort Dearborn Life Insurance,   Fort Dearborn Life Insurance.36788,   Chicago IL 60678-0001
17283087   +HSBC Bank Nevada, N.A.,   (Advanced Auto Parts),   Bass & Associates, P.C.,
             3936 E. Ft. Lowell Rd., Suite 200,   Tucson, AZ 85712-1083
13942145   +Heath Care Services,   P O Box 1186,   Chicago, IL 60690-1186
13942146   +Home Depot Credit Services,   P O Box 6029,   The Lakes NV 88901-6029
13994403   +IDES,   PO BOX 19300,   SPRINGFIELD IL 62794-9300
13994404   +ILLINOIS DEPT OF REVENUE,   IL DEPT OF REVENUE RETAILER,   SPRINGFIELD IL 62796-0001
14734329   +Illinois Department of Employment Security,   33 South State Street,
             Chicago, Illinois 60603-2808,   Attn: Bankruptcy Unit - 10th flr.
14606561    Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
13942147   +Jack Phelan Chevy,   4000 S Harlem,   Lyons, IL 60534-1439
13942148   +James Weber,   3316 S 56 Court,   Cicero IL 60804-3828
13942149   +Joe Rizza Ford,   2100 South Harlem,   Riverside, IL 60546-1481
14079494    Julius M Weber,   10320 S Parkside 1SW,   Oak Lawn IL 60453
13942150   +Mass Mutual Financial Group,   APM Payment Processing,   Pittsburgh PA 15262-0001
13942152   +Office Depot,   P O Box 689020,   Des Monies, IA 50368-9020
13942153   +R&S Supply,   2314 RT 59,   Suite 330,   Plainfield, IL 60586-7756
13942154   +Ron Kaspar,   c/o Chitkowski Law,   attn:Adam Mergenthaler,   801 Warrenville Rd #620,
             Lisle IL 60532-4348
13942160   +Target Auto Parts,   6239 W. Ogden Avenue,   Berwyn, IL 60402-3828
13942163   +Vehicle Specialists,   7940 New Jersey Avenue,   Hammond IN 46323-3039
13942164    Wedling Center,   7400 South Central AVenue,   Bedford Park, IL 60499
14133469   +Yellow Book USA,   c/o RMS Bankruptcy Recovery Svcs,   POBox 5126,   Timonium MD 21094-5126
13942165   +Yellowbook West,   P O Box 660052,   Dallas, TX 75266-0052
13942166   +Zeus Auto Supply,   637 Forestwood,   Romeoville, IL 60446-1392
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
13942119   +E-mail/Text: bkr@cardworks.com Nov 01 2011 02:25:24     Advanta Banl Corp.,   P O Box 8088,
             Philadelphia, PA 19101-8088
13942139   +E-mail/Text: legalcollections@comed.com Nov 01 2011 02:25:00     Com Ed Co,   2100 Swift Drive,
             Attn:Bankrutcy Section/Revenue Mgnt,   Oakbrook IL 60523-1559
14855691    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 01 2011 03:07:44
             FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
             Oklahoma City, OK  73124-8809
13942151   +E-mail/Text: bankrup@nicor.com Nov 01 2011 02:24:12     Nicor Gas,   P O Box 416,
             Aurora, IL 60568-0001
13942155   +E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2011 03:09:05     Sam's Club,   P O Box 4596,
             Carol Stream, IL 60197-4596
                                                                                              TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13942128     Bansley & Kiener, LLP,   8745 W. Higgins Rd.,   Suite 20
13942144     Groot Recycling & Waste Services,   1759 Elmhurst Road
13942156     State Of Illinois
13942157     State of Illinois
13942158     State of Illinos
13942159     Steve Lane
13942161     Telcheck,   Telecheck
```

```
District/off: 0752-1           User: tmaurer              Page 2 of 2             Date Rcvd: Oct 31, 2011
                               Form ID: pdf006            Total Noticed: 48

13942126*     +Bank of America-Business Card,    P O Box 15710,    Wilmington, DE 19886-5710
13942127*     +Bank of America-Business Card,    P O Box 15710,    Wilmington, DE 19886-5710
13942133*     +Capitol One,    P O Box 5294,    Carol Stream, IL 60197-5294
14084252     ##+Continental Toyota,    9960 Joliet Rd,    LaGrange IL 60525-4114
13942141     ##+Continental Toyota,    9960 Joliet Rd,    Countryside, IL 60525-4114
13942162     ##+US Oil Co Inc,    US Auto Force Division,    425 S Washington St,    Combined Locks WI 54113-1049
                                                                                         TOTALS: 7, * 3, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 02, 2011**                    **Signature:**    _/s/ Joseph Speetjens_