**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: ROBINHOOD MUFFLER SHOP, INC.        § Case No. 09-18374
                                           §
                                           §
Debtor(s)                                  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    GLENN R. HEYMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $57,120.00 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $4,430.71 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $9,584.68 | |

    3) Total gross receipts of $ 14,015.39 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $14,015.39 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $254,396.34 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,584.68 | 9,584.68 | 9,584.68 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 48,805.53 | 2,907.64 | 2,907.64 | 2,907.64 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 237,793.26 | 135,417.52 | 135,417.52 | 1,523.07 |
| **TOTAL DISBURSEMENTS** | $540,995.13 | $147,909.84 | $147,909.84 | $14,015.39 |

  4) This case was originally filed under Chapter 7 on May 21, 2009. The case was pending for 34 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/05/2012    By: /s/GLENN R. HEYMAN
            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Bank of America Checking Account | 1129-000 | 13,849.72 |
| Refund Insurance premiums | 1290-000 | 156.67 |
| Interest Income | 1270-000 | 9.00 |
| **TOTAL GROSS RECEIPTS** | | **$14,015.39** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Bank of America - Mortgage | 4110-000 | 237,431.43 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America - Line of Credit | 4110-000 | 16,964.91 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$254,396.34** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GLENN R. HEYMAN | 2100-000 | N/A | 2,151.50 | 2,151.50 | 2,151.50 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 4,938.50 | 4,938.50 | 4,938.50 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 59.98 | 59.98 | 59.98 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 2,020.00 | 2,020.00 | 2,020.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 12.03 | 12.03 | 12.03 |
| Property Insight, LLC | 2500-000 | N/A | 330.00 | 330.00 | 330.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 15.67 | 15.67 | 15.67 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.19 | 26.19 | 26.19 |
| The Bank of New York Mellon | 2600-000 | N/A | 31.75 | 31.75 | 31.75 |
| The Bank of New York Mellon | 2600-000 | N/A | -0.94 | -0.94 | -0.94 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 9,584.68 | 9,584.68 | 9,584.68 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5P | Illinois Department of Revenue | 5800-000 | N/A | 2,706.24 | 2,706.24 | 2,706.24 |
| 10P | Illinois Department of Employment Security | 5800-000 | N/A | 201.40 | 201.40 | 201.40 |
| NOTFILED | State of Illinos | 5200-000 | 11,172.03 | N/A | N/A | 0.00 |
| NOTFILED | State Of Illinois | 5200-000 | 6,005.49 | N/A | N/A | 0.00 |
| NOTFILED | State of Illinois | 5200-000 | 31,628.01 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 48,805.53 | 2,907.64 | 2,907.64 | 2,907.64 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Com Ed Co | 7100-000 | 519.33 | 183.91 | 183.91 | 4.20 |
| 2 | Yellow Book USA | 7100-000 | 1,630.95 | 1,641.00 | 1,641.00 | 37.39 |

**UST Form 101-7-TDR (10/1/2010)**

Case 09-18374    Doc 55    Filed 04/05/12    Entered 04/05/12 12:00:09    Desc Main
                              Document      Page 5 of 12

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | Ron Kaspar | 7400-000 | N/A | 68,040.02 | 68,040.02 | 0.00 |
| 4 | Vehicle Specialists | 7100-000 | 175.30 | 191.40 | 191.40 | 4.36 |
| 5U | Illinois Department of Revenue | 7100-000 | unknown | 448.75 | 448.75 | 10.23 |
| 6 | Chase Bank USA NA | 7100-000 | 18,704.44 | 19,559.73 | 19,559.73 | 445.69 |
| 7 | Chase Bank USA NA | 7100-000 | 18,108.20 | 20,188.21 | 20,188.21 | 460.01 |
| 8 | US Oil Co Inc | 7100-000 | 4,226.24 | 3,281.56 | 3,281.56 | 74.77 |
| 9 | Elliott & Associates PC | 7100-000 | N/A | 5,512.00 | 5,512.00 | 125.60 |
| 10U | Illinois Department of Employment Security | 7100-000 | unknown | 44.64 | 44.64 | 1.02 |
| 11 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 15,790.36 | 15,790.36 | 359.80 |
| 12 | HSBC Bank Nevada, N.A. | 7200-000 | 380.40 | 535.94 | 535.94 | 0.00 |
| NOTFILED | Cintas Corp | 7100-000 | 437.88 | N/A | N/A | 0.00 |
| NOTFILED | Castle Buick | 7100-000 | 18.75 | N/A | N/A | 0.00 |
| NOTFILED | Citibusiness | 7100-000 | 46,101.10 | N/A | N/A | 0.00 |
| NOTFILED | Groot Recycling & Waste Services | 7100-000 | 90.73 | N/A | N/A | 0.00 |
| NOTFILED | Complete Auto Service | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Fort Dearborn Life Insurance | 7100-000 | 103.32 | N/A | N/A | 0.00 |
| NOTFILED | DEX R. H. Donnelley | 7100-000 | 5,812.36 | N/A | N/A | 0.00 |
| NOTFILED | Continental Toyota | 7100-000 | 34.70 | N/A | N/A | 0.00 |
| NOTFILED | Zeus Auto Supply | 7100-000 | 1,473.00 | N/A | N/A | 0.00 |
| NOTFILED | Mass Mutual Financial Group APM Payment Processing | 7100-000 | 2,007.75 | N/A | N/A | 0.00 |
| NOTFILED | Joe Rizza Ford | 7100-000 | 143.99 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 1,434.93 | N/A | N/A | 0.00 |
| NOTFILED | Jack Phelan Chevy | 7100-000 | 471.70 | N/A | N/A | 0.00 |
| NOTFILED | Office Depot | 7100-000 | 45.75 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Credit Services | 7100-000 | 32.67 | N/A | N/A | 0.00 |
| NOTFILED | Capitol One | 7100-000 | 6,493.32 | N/A | N/A | 0.00 |
| NOTFILED | Telcheck Telecheck | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Heath Care Services | 7100-000 | 3,233.70 | N/A | N/A | 0.00 |
| NOTFILED | R&S Supply | 7100-000 | 126.35 | N/A | N/A | 0.00 |
| NOTFILED | Target Auto Parts | 7100-000 | 5,614.97 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America-Business Card | 7100-000 | 16,620.08 | N/A | N/A | 0.00 |
| NOTFILED | Capitol One | 7100-000 | 8,658.26 | N/A | N/A | 0.00 |
| NOTFILED | Advanta Banl Corp. | 7100-000 | 38,963.83 | N/A | N/A | 0.00 |
| NOTFILED | Bosal USA, Inc. | 7100-000 | 12.83 | N/A | N/A | 0.00 |
| NOTFILED | Berwyn Garage | 7100-000 | 675.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Best Source Parts, Co. | 7100-000 | 1,183.90 | N/A | N/A | 0.00 |
| NOTFILED | Bansley & Kiener, LLP | 7100-000 | 3,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America-Business Card | 7100-000 | 21,107.80 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 775.50 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America - Business Card | 7100-000 | 28,024.23 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 237,793.26 | 135,417.52 | 135,417.52 | 1,523.07 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-18374  
**Case Name:** ROBINHOOD MUFFLER SHOP, INC.

**Trustee:** (330360) GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 05/21/09 (f)  
**§341(a) Meeting Date:** 07/07/09  
**Claims Bar Date:** 01/06/10

**Period Ending:** 04/05/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Bank of America Checking Account | 5,696.95 | 5,696.95 | | 13,849.72 | FA |
| 2 | Desks(6) | 120.00 | 120.00 | DA | 0.00 | FA |
| 3 | Computer and Fax machine | 100.00 | 100.00 | DA | 0.00 | FA |
| 4 | Copy machine | Unknown | 0.00 | DA | 0.00 | FA |
| 5 | s weger | Unknown | 0.00 | DA | 0.00 | FA |
| 6 | storage cabinet | Unknown | 0.00 | DA | 0.00 | FA |
| 7 | computer | Unknown | 0.00 | DA | 0.00 | FA |
| 8 | ctx monitor | Unknown | 0.00 | DA | 0.00 | FA |
| 9 | canon printer | Unknown | 0.00 | DA | 0.00 | FA |
| 10 | saw | Unknown | 0.00 | DA | 0.00 | FA |
| 11 | shop vac | Unknown | 0.00 | DA | 0.00 | FA |
| 12 | hose reel | Unknown | 0.00 | DA | 0.00 | FA |
| 13 | air conditioning | Unknown | 0.00 | DA | 0.00 | FA |
| 14 | (4) hoist machines | 12,000.00 | 12,000.00 | DA | 0.00 | FA |
| 15 | conveyer | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 16 | water pump, welders, roll cart, drop lights , la | Unknown | 0.00 | DA | 0.00 | FA |
| 17 | acceldien tanks | 1,400.00 | 1,400.00 | DA | 0.00 | FA |
| 18 | torches, jack stains, argon tanks, air compresse | Unknown | 0.00 | DA | 0.00 | FA |
| 19 | Bender | 1,500.00 | 1,500.00 | DA | 0.00 | FA |
| 20 | Inventory of parts | 40,000.00 | 40,000.00 | DA | 0.00 | FA |
| 21 | Muffler Shop - 6131 Ogden Ave., Cicero | Unknown | Unknown | OA | 0.00 | FA |
| 22 | Refund Insurance premiums  (u) | Unknown | Unknown | | 156.67 | Unknown |
| Int | INTEREST  (u) | Unknown | N/A | | 9.00 | FA |
| 23 | Assets    Totals (Excluding unknown values) | **$62,816.95** | **$62,816.95** | | **$14,015.39** | **$0.00** |

**Major Activities Affecting Case Closing:**

08/05: Bank of America has liens against property; bank also getting another EPA survey before we can sell RE.  Don Dodge says inventory isn't worth selling.

Printed: 04/05/2012 11:45 AM     V.12.57

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-18374  
**Case Name:** ROBINHOOD MUFFLER SHOP, INC.

**Trustee:** (330360) GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 05/21/09 (f)  
**§341(a) Meeting Date:** 07/07/09

**Period Ending:** 04/05/12

**Claims Bar Date:** 01/06/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

07/15: Abandon real estate, hire accountant and prepare taxes, reviewing claims

12/2010: Will have final tax return prepared and close case.

12/30/2011: TFR filed and disbursements made. Once checks clear, Trustee will file a Final Account.

**Initial Projected Date Of Final Report (TFR):** December 31, 2010  **Current Projected Date Of Final Report (TFR):** September 30, 2011 (Actual)

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-18374 | | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| Case Name: | ROBINHOOD MUFFLER SHOP, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****45-65 - Money Market Account |
| Taxpayer ID #: | **-***1459 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/05/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 09/29/09 | {1} | Bank of America | Liquidation of Bank of America checking account | 1129-000 | 13,849.72 | | 13,849.72 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.54 | | 13,850.26 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.58 | | 13,850.84 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.58 | | 13,851.42 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.54 | | 13,851.96 |
| 02/08/10 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2009 FOR CASE #09-18374, Bond #016026455 | 2300-000 | | 12.03 | 13,839.93 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.52 | | 13,840.45 |
| 03/29/10 | 1002 | Property Insight, LLC | Title Search for 6131 West Ogden Avenue, Cicero, IL | 2500-000 | | 330.00 | 13,510.45 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.62 | | 13,511.07 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.09 | | 13,511.16 |
| 04/06/10 | | Wire out to BNYM account 9200******4565 | Wire out to BNYM account 9200******4565 | 9999-000 | -13,511.16 | | 0.00 |
| | | | ACCOUNT TOTALS | | 342.03 | 342.03 | $0.00 |
| | | | Less: Bank Transfers | | -13,511.16 | 0.00 | |
| | | | **Subtotal** | | 13,853.19 | 342.03 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$13,853.19** | **$342.03** | |

{} Asset reference(s)

Printed: 04/05/2012 11:45 AM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-18374 | | **Trustee:** | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| **Case Name:** | ROBINHOOD MUFFLER SHOP, INC. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******45-65 - Money Market Account |
| **Taxpayer ID #:** | **-***1459 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 04/05/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********4565 | Wire in from JPMorgan Chase Bank, N.A. account ********4565 | 9999-000 | 13,511.16 | | 13,511.16 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.64 | | 13,511.80 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.81 | | 13,512.61 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.77 | | 13,513.38 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.81 | | 13,514.19 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.79 | | 13,514.98 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,515.09 |
| 10/04/10 | {22} | Auto-Owners Insurance | Insurance premium refund | 1290-000 | 156.67 | | 13,671.76 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,671.87 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,671.98 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,672.09 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,672.20 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 13,672.30 |
| 02/28/11 | 11003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2010 FOR CASE #09-18374  Blanket Bond Payment Bond #016026455 | 2300-000 | | ! 15.67 | 13,656.63 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,656.74 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,656.85 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,656.96 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,657.07 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,657.18 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.19 | 13,630.99 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,631.10 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.75 | 13,599.35 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.94 | 13,600.29 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,600.40 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,600.51 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,600.62 |
| 12/21/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.07 | | 13,600.69 |
| 12/21/11 | | To Account #9200******4566 | Transfer funds to close case | 9999-000 | | 13,600.69 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 13,673.36 | 13,673.36 | $0.00 |
| | | | Less: Bank Transfers | | 13,511.16 | 13,600.69 | |
| | | | **Subtotal** | | 162.20 | 72.67 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$162.20** | **$72.67** | |

{} Asset reference(s)          !-Not printed or not transmitted                                          Printed: 04/05/2012 11:45 AM   V.12.57

Exhibit 9

## FORM 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 09-18374  
**Case Name:** ROBINHOOD MUFFLER SHOP, INC.  
**Taxpayer ID #:** **-***1459  
**Period Ending:** 04/05/12

**Trustee:** GLENN R. HEYMAN (330360)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******45-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/11 | | From Account #9200******4565 | Transfer funds to close case | 9999-000 | 13,600.69 | | 13,600.69 |
| 12/21/11 | 101 | GLENN R. HEYMAN | Dividend paid 100.00% on $2,151.50, Trustee Compensation; Reference: | 2100-000 | | 2,151.50 | 11,449.19 |
| 12/21/11 | 102 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $2,020.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,020.00 | 9,429.19 |
| 12/21/11 | 103 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $4,938.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,938.50 | 4,490.69 |
| 12/21/11 | 104 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $59.98, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 59.98 | 4,430.71 |
| 12/21/11 | 105 | Illinois Department of Revenue | Dividend paid 100.00% on $2,706.24; Claim# 5P; Filed: $2,706.24; Reference: | 5800-000 | | 2,706.24 | 1,724.47 |
| 12/21/11 | 106 | Illinois Department of Employment Security | Dividend paid 100.00% on $201.40; Claim# 10P; Filed: $201.40; Reference: | 5800-000 | | 201.40 | 1,523.07 |
| 12/21/11 | 107 | Yellow Book USA | Dividend paid 2.27% on $1,641.00; Claim# 2; Filed: $1,641.00; Reference: | 7100-000 | | 37.39 | 1,485.68 |
| 12/21/11 | 108 | Illinois Department of Revenue | Dividend paid 2.27% on $448.75; Claim# 5U; Filed: $448.75; Reference: | 7100-000 | | 10.23 | 1,475.45 |
| 12/21/11 | 109 | Chase Bank USA NA | Dividend paid 2.27% on $19,559.73; Claim# 6; Filed: $19,559.73; Reference: | 7100-000 | | 445.69 | 1,029.76 |
| 12/21/11 | 110 | Chase Bank USA NA | Dividend paid 2.27% on $20,188.21; Claim# 7; Filed: $20,188.21; Reference: | 7100-000 | | 460.01 | 569.75 |
| 12/21/11 | 111 | US Oil Co Inc | Dividend paid 2.27% on $3,281.56; Claim# 8; Filed: $3,281.56; Reference: | 7100-000 | | 74.77 | 494.98 |
| 12/21/11 | 112 | Elliott & Associates PC | Dividend paid 2.27% on $5,512.00; Claim# 9; Filed: $5,512.00; Reference: | 7100-000 | | 125.60 | 369.38 |
| 12/21/11 | 113 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 2.27% on $15,790.36; Claim# 11; Filed: $15,790.36; Reference: | 7100-000 | | 359.80 | 9.58 |
| 12/21/11 | 114 | Clerk of the United States Bankruptcy Court | COMBINED SMALL CHECK | | | 9.58 | 0.00 |
| | | | Dividend paid 2.27% on $183.91; Claim# 1; Filed: $183.91 | 7100-000 | | 4.20 | 0.00 |
| | | | Dividend paid 2.27% on $191.40; Claim# 4; Filed: $191.40 | 7100-000 | | 4.36 | 0.00 |
| | | | Dividend paid 2.27% on $44.64; Claim# 10U; Filed: $44.64 | 7100-000 | | 1.02 | 0.00 |

Subtotals :         $13,600.69         $13,600.69

{} Asset reference(s)

Printed: 04/05/2012 11:45 AM     V.12.57

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-18374 | **Trustee:** GLENN R. HEYMAN (330360) |
| **Case Name:** ROBINHOOD MUFFLER SHOP, INC. | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******45-66 - Checking Account |
| **Taxpayer ID #:** **-***1459 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 04/05/12 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 13,600.69 | 13,600.69 | $0.00 |
| | | | Less: Bank Transfers | | 13,600.69 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 13,600.69 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$13,600.69** | |

Net Receipts :   14,015.39

Net Estate :   $14,015.39

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****45-65** | 13,853.19 | 342.03 | 0.00 |
| **MMA # 9200-******45-65** | 162.20 | 72.67 | 0.00 |
| **Checking # 9200-******45-66** | 0.00 | 13,600.69 | 0.00 |
| | $14,015.39 | $14,015.39 | $0.00 |

{} Asset reference(s)

Printed: 04/05/2012 11:45 AM    V.12.57